AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
08/28/2020
JULIA C. DUDLEY, CLERK
BY: /s/ H. Wheeler
DEPUTY CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | |
|  | ) | Case No.   3:20mj00036 |
|  | ) | |
|  | ) | |
| HAIZHOU HU | ) | |
|  | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of   August 25, 2020   in the county of   Albemarle   in the
Western   District of   Virginia   , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Count 1: 18 U.S.C. § 1030(a)(2) | Accessing computer without authorization, or exceeding authorization, to obtain information from a protected computer. |
| Count 2:  18 U.S.C. § 1832 | Theft of Trade Secrets |

This criminal complaint is based on these facts:

See attached Affidavit

☑ Continued on the attached sheet.

s/Matthew Rader
*Complainant's signature*

Matthew Rader, Special Agent - FBI
*Printed name and title*

Received by reliable electronic means and
sworn and attested to by telephone.

Date:   08/28/2020

*Judge's signature*

City and state:   Charlottesville, VA          Honorable Joel C. Hoppe, U.S. Magistrate Judge
*Printed name and title*