UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>HAIZHOU HU | Case No. 3:20-mj-00036 |

**UNITED STATES' MOTION TO DISMISS COMPLAINT**

The United States, by and through its attorney, the United States Attorney for the Western District of Virginia, respectfully moves the Court to dismiss the criminal complaint without prejudice in the above-captioned matter.

WHEREFORE, the United States respectfully requests the Court grant the instant motion.

Respectfully submitted,

DANIEL P. BUBAR
ACTING UNITED STATES ATTORNEY

_____/s/_____
Christopher Kavanaugh (VA Bar #73093)
Assistant United States Attorney
255 West Main Street, Room 130
Charlottesville, Virginia 22902
Christopher.Kavanaugh@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of September, 2020, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

_____/s/_____
Christopher R. Kavanaugh (VA Bar #73093)
Assistant United States Attorneys
255 West Main Street, Room 130
Charlottesville, Virginia 22902