UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>HAIZHOU HU | Case No. 3:20-mj-00036 |

**ORDER**

After consideration of the United States motion to dismiss the criminal complaint, the COURT hereby GRANTS the motion.

It is hereby ORDERED that the above-captioned matter is DISMISSED without prejudice.

_____
The Honorable Joel C. Hoppe
United States Magistrate Judge
Western District of Virginia